**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| DEVERICK SCOTT, )<br>ADC # 131042 )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>RAY HOBBS, Director, Arkansas )<br>Department of Correction )<br>    Defendant. ) | **Case No. 5:12-CV-00311 DPM-JTK** |

## ORDER

Petitioner has paid his filing fee (Doc. No. 1). The clerk will serve a copy of the petition, and this Order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion, or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 16th day of August, 2012.

_____
United States Magistrate Judge