IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT,** **PETITIONER**
**ADC #131042**

v.  No. 5:12-cv-311-DPM-JTK

**RAY HOBBS, Director,**
**Arkansas Department of Correction** **RESPONDENT**

ORDER

No one has objected to Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, № 6. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal as its own. Scott's petition for writ of habeas corpus, № 1, is dismissed with prejudice. The Court will not issue a certificate of appealability because Scott has not made a substantial showing that his constitutional rights were violated.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 August 2013