# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DEVERICK SCOTT,**                                           **PETITIONER**
**ADC #131042**

v.                          **No. 5:12-cv-311-DPM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                  **RESPONDENT**

## JUDGMENT

Scott's petition for writ of habeas corpus, № 1, is dismissed with prejudice. The Court will not issue a certificate of appealability because Scott has not made a substantial showing that his constitutional rights were violated.

                                            _____
                                            D.P. Marshall Jr.
                                            United States District Judge

                                            14 August 2013