IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT,**                                                       **PETITIONER**
**ADC #131042**

v.                        No. 5:12-cv-311-DPM

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                    **RESPONDENT**

## JUDGMENT

Scott's petition for writ of habeas corpus, № 1, is dismissed with prejudice. The Court will not issue a certificate of appealability because Scott has not made a substantial showing that his constitutional rights were violated.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 August 2013